SEDGWICK LLP
BRUCE D. CELEBREZZE  Bar No. 102181
bruce.celebrezze@sedgwicklaw.com
NICHOLAS J. BOOS  Bar No. 233399
nicholas.boos@sedgwicklaw.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Plaintiff
NATIONAL UNION FIRE INSURANCE COMPANY OF
PITTSBURGH, PA.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., <br><br> Plaintiff, <br><br> v. <br><br> PAYLESS SHOE SOURCE, INC. and COLLECTIVE BRANDS, INC., <br><br> Defendants. | Case No.  CV 11 1892 EMC <br><br> **STIPULATION FOR FURTHER EXTENSION OF TIME TO RESPOND TO COMPLAINT**  ; ORDER |

Pursuant to Civil Local Rule 6-1(a) for the Northern District of California, Plaintiff National Union Fire Insurance Company of Pittsburgh, PA and Defendants, Payless Shoe Source, Inc. and Collective Brands, Inc. (collectively, with Plaintiff, the "Parties"), by their undersigned attorneys, stipulate to a further extension of time for Defendants to answer, move, or otherwise respond to the Complaint in this matter, without waiver of any rights, claims or defenses, including the right to seek further extensions.

On May 26, 2011, the Parties submitted to the Court a Stipulation to Extend Time to Respond to Complaint, extending Defendants' time to respond to the Complaint through July 19, 2011.  (ECF No. 8.)  Pursuant to Civil Local Rule 6-1(a), the parties by and through their counsel, stipulate to a further extension of time, as follows:

1. Defendants shall answer, move, or otherwise respond to Plaintiff's Complaint for Declaratory Relief on or before August 18, 2011 (the "Response Date");

2. This extension does not alter the date of any event or any deadline already fixed by Court order, as all such deadlines were vacated pursuant to the Court's Reassignment Order (ECF No. 13);

3. Defendants agree not to commence any action, or maintain any proceedings, against Plaintiff in any other jurisdiction in connection with the claims in this action at any time prior to the Response Date; provided, however, that this stipulation does not limit in any way Defendants' right or ability to commence an action or maintain proceedings, against Plaintiff in connection with the claims in this action on or after the Response Date;

4. By entering into this Stipulation, the Parties do not waive, and expressly preserve, any and all rights, claims and defenses, including all defenses relating to jurisdiction, venue and arbitrability.

1  Respectfully submitted,

3  Dated: July 13, 2011                                    Dated: July 13, 2011

4  */s/ Robert A. Sacks*                                   */s/ Nicholas J. Boos*
5  Robert A. Sacks (SBN 150146)                            Bruce D. Celebrezze (SBN 102181)
   (sacksr@sullcrom.com)                                   (bruce.celebrezze@sedgwicklaw.com)
6  SULLIVAN & CROMWELL LLP                                 Nicholas J. Boos (SBN 233399)
   1888 Century Park East                                  (nicholas.boos@sedgwicklaw.com)
7  Los Angeles, California 90067                           SEDGWICK LLP
   Telephone: (310) 712-6600                               One Market Plaza,
8  Facsimile: (310) 712-8800                               Steuart Tower, 8th Floor
                                                           San Francisco, California 94102
9  Sverker K. Högberg (SBN 244640)                         Telephone: (415) 781-7900
10 (hogbergs@sullcrom.com)                                 Facsimile: (415) 781-2635
   SULLIVAN & CROMWELL LLP
11 1870 Embarcadero Road                                   Attorneys for Plaintiff
   Palo Alto, California 94303                             National Union Fire Insurance Company of
12 Telephone: (650) 461-5600                               Pittsburgh, PA
   Facsimile: (650) 461-5700
13

14 Attorneys for Defendants,
   Payless Shoe Source, Inc. and Collective
15 Brands, Inc.

17  IT IS SO ORDERED:

20  _____
    Edward M. Chen
    U.S. District Judge



1     I, Nicholas J. Boos, am the ECF User whose ID and password are being used to file this
2 Stipulation To Extend Time To Respond To The Complaint.  In compliance with General Order
3 45, X.B., I hereby attest that Robert A. Sacks and Sverker K. Högberg have concurred in this
4 filing.

5 Dated:  July 13, 2011                             */s/ Nicholas J. Boos*
                                                          Nicholas J. Boos

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
28