Robert A. Sacks (SBN 150146)
(sacksr@sullcrom.com)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

Sverker K. Högberg (SBN 244640)
(hogbergs@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

Attorneys for Defendants
PAYLESS SHOE SOURCE, INC, and
COLLECTIVE BRANDS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PAYLESS SHOE SOURCE, INC. and COLLECTIVE BRANDS, INC.,<br><br>　　　　Defendants. | Case No. CV 11-01892-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12 for the Northern District of California, Defendants Payless Shoe Source, Inc. and Collective Brands, Inc. and Plaintiff National Union Fire Insurance Company of Pittsburgh, PA (collectively, with Defendants, the "Parties"), by and through their respective counsel, submit this Joint Stipulation and [Proposed] Order Continuing Case Management Conference and Related Deadlines.

WHEREAS, on April 19, 2011, Plaintiff filed its Complaint (Docket Entry (hereinafter, "D.E.") 1);

WHEREAS, on May 26, 2011, the Parties entered into a stipulation extending Defendants' time to answer, move, or otherwise respond to the Complaint until July 19, 2011 (D.E. 8);

WHEREAS, on July 13, 2011, the Parties entered into a stipulation further extending Defendants' time to answer, move, or otherwise respond to the Complaint until August 18, 2011 (D.E. 14), which the Court so-ordered on July 14, 2011 (D.E. 15);

WHEREAS, on July 19, 2011, the Court entered a Case Management Conference Order in Reassigned Cases that (1) set a case management conference for August 19, 2011 (the "Case Management Conference"), (2) directed the Parties to file a joint case management statement by August 12, 2011, and (3) directed the Parties to make any request to reschedule the Case Management Conference, if at all, in writing and by stipulation no later than August 9, 2011 (D.E. 16);

WHEREAS, pursuant to Civil Local Rule 26(f), the Parties must meet and confer prior to the Case Management Conference no later than July 29, 2011;

WHEREAS, the Parties currently are engaged in settlement discussions and wish to continue the Case Management Conference and related deadlines in order to avoid incurring unnecessary costs and expending unnecessarily the Court's time;

NOW, THEREFORE, THE PARTIES JOINTLY STIPULATE TO, AND REQUEST THE COURT TO ORDER, THE FOLLOWING:

1. The Case Management Conference shall be continued until September 23, 2011, or until another, later date to be chosen by the Court;

SULLIVAN
&
CROMWELL LLP

2. The currently-scheduled deadlines to meet and confer by July 29, 2011 and to file a joint case management statement by August 12, 2011 shall be vacated and rescheduled pursuant to the date set for the rescheduled Case Management Conference;

3. By entering into this Stipulation, the Parties do not waive, and expressly preserve, any and all rights, claims and defenses, including all defenses relating to jurisdiction, venue and arbitrability.

Respectfully submitted,

Dated: July 27, 2011

 */s/ Bruce D. Celebrezze*
Bruce D. Celebrezze (SBN 102181)
(bruce.celebrezze@sedgwicklaw.com)
SEDGWICK LLP
One Market Plaza,
Steuart Tower, 8th Floor
San Francisco, California  94102
Telephone:     (415) 781-7900
Facsimile:      (415) 781-2635

*Attorneys for Plaintiff,*
*National Union Fire Insurance*
*Company of Pittsburgh, PA.*

Dated: July 27, 2011

 */s/ Robert A. Sacks*
Robert A. Sacks (SBN 150146)
(sacksr@sullcrom.com)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California  90067
Telephone:     (310) 712-6600
Facsimile:      (310) 712-8800

Sverker K. Högberg (SBN 244640)
(hogbergs@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:     (650) 461-5600
Facsimile:      (650) 461-5700

*Attorneys for Defendants,*
*Payless Shoe Source, Inc. and*
*Collective Brands, Inc.*

PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, **IT IS SO ORDERED.** The CMC is reset from 8/19/11 to 10/7/11 at 9:00 a.m.  A joint CMC Statement shall be filed by 9/30/11.

Dated:  7/28/11

EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

I, Robert A. Sacks, am the ECF User whose ID and password are being used to file this Joint Stipulation and [Proposed] Order Continuing Case Management Conference and Related Deadlines.  In compliance with General Order 45, X.B., I hereby attest that Bruce D. Celebrezze has concurred in this filing.

Dated:  July 27, 2011

*/s/ Robert A. Sacks*
Robert A. Sacks