1  Robert A. Sacks (SBN 150146)
   (sacksr@sullcrom.com)
2  SULLIVAN & CROMWELL LLP
   1888 Century Park East
3  Los Angeles, California  90067
   Telephone:     (310) 712-6600
4  Facsimile:      (310) 712-8800

5  Sverker K. Högberg (SBN 244640)
   (hogbergs@sullcrom.com)
6  SULLIVAN & CROMWELL LLP
   1870 Embarcadero Road
7  Palo Alto, California 94303
   Telephone:     (650) 461-5600
8  Facsimile:      (650) 461-5700

9  Attorneys for Defendants
   *PAYLESS SHOESOURCE, INC, and*
10 *COLLECTIVE BRANDS, INC.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,<br><br>Plaintiff,<br><br>vs.<br><br>PAYLESS SHOESOURCE, INC. and COLLECTIVE BRANDS, INC.,<br><br>Defendants. | Case No. CV 11-01892-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Judge:  Honorable Edward M. Chen |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12 for the Northern District of California, Defendants Payless ShoeSource, Inc. and Collective Brands, Inc. and Plaintiff National Union Fire Insurance Company of Pittsburgh, PA (collectively with the Defendants, the "Parties"), by and through their respective counsel, submit this Joint Stipulation and [Proposed] Order Continuing Case Management Conference and Related Deadlines.

WHEREAS, on July 28, 2011, the Court entered an order scheduling a Case Management Conference for October 7, 2011 and requiring the Parties to file a joint case management statement by September 30, 2011 (D.E. 20);

WHEREAS, on September 22, 2011 the Court entered an order referring this matter to private ADR to take place within 120 days (D.E. 24);

WHEREAS, the Parties have discharged their obligation to meet and confer;

WHEREAS, the Parties desire to resolve their dispute in the private ADR that has been ordered by the Court;

WHEREAS, in order to avoid incurring unnecessary costs and expending the Court's time unnecessarily, the Parties wish to continue the Case Management Conference and related deadline to file a joint case management statement until after the conclusion of private ADR, in the event it does not result in the resolution of this dispute;

NOW, THEREFORE, THE PARTIES JOINTLY STIPULATE TO, AND REQUEST THE COURT TO ORDER, THE FOLLOWING:

1. The Case Management Conference shall be continued until 30 days after conclusion of the private ADR to which the Court has referred this matter;
2. The currently-scheduled deadline to file a joint case management statement by September 30, 2011 shall be vacated and rescheduled;
3. By entering into this Stipulation, the Parties do not waive, and expressly preserve, any and all rights, claims and defenses, including all defenses relating to jurisdiction, venue and arbitrability.

Respectfully submitted,

Dated: September 29, 2011                                   Dated: September 29, 2011

 */s/ Bruce D. Celebrezze*                                       */s/ Robert A. Sacks*
Bruce D. Celebrezze (SBN 102181)              Robert A. Sacks (SBN 150146)
(bruce.celebrezze@sedgwicklaw.com)            (sacksr@sullcrom.com)
SEDGWICK LLP                                  SULLIVAN & CROMWELL LLP
333 Bush Street, 30th FloorSan Francisco, California   1888 Century Park East
94104                                         Los Angeles, California  90067
Telephone:     (415) 781-7900                 Telephone:     (310) 712-6600
Facsimile:     (415) 781-2635                 Facsimile:     (310) 712-8800

*Attorneys for Plaintiff,*                    Sverker K. Högberg (SBN 244640)
*National Union Fire Insurance*               (hogbergs@sullcrom.com)
*Company of Pittsburgh, PA.*                  SULLIVAN & CROMWELL LLP
                                              1870 Embarcadero Road
                                              Palo Alto, California 94303
                                              Telephone:     (650) 461-5600
                                              Facsimile:     (650) 461-5700

                                              *Attorneys for Defendants,*
                                              *Payless Shoe Source, Inc. and*
                                              *Collective Brands, Inc.*

* * *

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**   The CMC is reset from 10/7/11 to 2/10/12 at 9:00 a.m.  A joint CMC Statement shall be filed by 2/3/12.

Dated: _____10/3/11_____

THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

1  I, Robert A. Sacks, am the ECF User whose ID and password are being used to file this Stipulation To Extend Time To Respond To The Complaint.  In compliance with General Order 45, X.B., I hereby attest that Bruce D. Celebrezze has concurred in this filing.

Dated:  September 29, 2011                          */s/ Robert A. Sacks*
                                                             Robert A. Sacks