Robert A. Sacks (SBN 150146)
(sacksr@sullcrom.com)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California  90067
Telephone:     (310) 712-6600
Facsimile:     (310) 712-8800

Sverker K. Högberg (SBN 244640)
(hogbergs@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:     (650) 461-5600
Facsimile:     (650) 461-5700

Attorneys for Defendants
*PAYLESS SHOESOURCE, INC, and
COLLECTIVE BRANDS, INC.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., <br><br> Plaintiff, <br><br> vs. <br><br> PAYLESS SHOESOURCE, INC. and COLLECTIVE BRANDS, INC., <br><br> Defendants. | Case No. CV 11-01892-EMC <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> Judge:  Honorable Edward M. Chen |

1  Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12 for the Northern District of
2 California, Defendants Payless ShoeSource, Inc. and Collective Brands, Inc. and Plaintiff National
3 Union Fire Insurance Company of Pittsburgh, PA (collectively with the Defendants, the "Parties"), by
4 and through their respective counsel, submit this Joint Stipulation and [Proposed] Order Continuing
5 Case Management Conference (the "Stipulation").
6  WHEREAS, on July 28, 2011, the Court entered an order scheduling a Case Management
7 Conference ("CMC") for October 7, 2011 and requiring the Parties to file a joint case management
8 statement by September 30, 2011 (Dkt. No. 20);
9  WHEREAS, on September 22, 2011, the Court entered an order referring this matter to
10 private Alternative Dispute Resolution ("ADR") (Dkt. No. 24);
11  WHEREAS, on October 3, 2011, the Court entered the Parties' Joint Stipulation and
12 [Proposed] Order Continuing Case Management Conference, which reset the CMC to February 2, 2011
13 to allow the Parties sufficient time to conduct private ADR (Dkt. No. 28);
14  WHEREAS, the Parties have agreed to a private mediator;
15  WHEREAS, given the mediator's calendar, and the desire of the Parties to coordinate the
16 mediation jointly with parties to an action in another forum involving substantially the same issues, the
17 Parties have scheduled a mediation to take place on March 6, 2012;
18  WHEREAS, in order to avoid incurring unnecessary costs and expending the Court's
19 time unnecessarily, the Parties wish to continue the CMC and related deadline to file a joint case
20 management statement until after the conclusion of the scheduled ADR, in the event it does not result in
21 the resolution of this dispute;
22  NOW, THEREFORE, THE PARTIES JOINTLY STIPULATE TO, AND REQUEST
23 THE COURT TO ORDER, THE FOLLOWING:
24  1.  The CMC shall be continued until 30 days after conclusion of the March 6, 2012
25  private ADR to which the Court has referred this matter;
26  2.  The currently-scheduled deadline to file a joint case management statement by
27  February 3, 2012 shall be vacated and rescheduled;
28

SULLIVAN
&
CROMWELL LLP

3. By entering into this Stipulation, the Parties do not waive, and expressly preserve, any and all rights, claims and defenses, including all defenses relating to jurisdiction, venue and arbitrability.

Respectfully submitted,

Dated: January 11, 2012

 */s/ Bruce D. Celebrezze*
Bruce D. Celebrezze (SBN 102181)
(bruce.celebrezze@sedgwicklaw.com)
SEDGWICK LLP
333 Bush Street, 30th FloorSan Francisco, California 94104
Telephone:     (415) 781-7900
Facsimile:     (415) 781-2635

*Attorneys for Plaintiff,
National Union Fire Insurance
Company of Pittsburgh, PA.*

Dated: January 11, 2012

 */s/ Robert A. Sacks*
Robert A. Sacks (SBN 150146)
(sacksr@sullcrom.com)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California  90067
Telephone:     (310) 712-6600
Facsimile:     (310) 712-8800

Sverker K. Högberg (SBN 244640)
(hogbergs@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:     (650) 461-5600
Facsimile:     (650) 461-5700

*Attorneys for Defendants,
Payless ShoeSource, Inc. and
Collective Brands, Inc.*

\* \* \*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The CMC is reset for 4/6/12 at 9:00 a.m.  A joint CMC statement shall be filed by 3/30/12.

Dated: _____ 1/13/12 _____                    _____
                                                        THE HONORABLE EDWARD M. CHEN
                                                        UNITED STATES DISTRICT JUDGE

[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen, United States District Court, Northern District of California]

1  I, Robert A. Sacks, am the ECF User whose ID and password are being used to file this
2  Joint Stipulation and [Proposed] Order Continuing Case Management Conference.  In compliance with
3  General Order 45, X.B., I hereby attest that Bruce D. Celebrezze has concurred in this filing.

4  Dated:  January 11, 2011                                             */s/ Robert A. Sacks*
                                                                                    Robert A. Sacks

SULLIVAN & CROMWELL LLP