Robert A. Sacks (SBN 150146)
(sacksr@sullcrom.com)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California  90067
Telephone:     (310) 712-6600
Facsimile:      (310) 712-8800

Sverker K. Högberg (SBN 244640)
(hogbergs@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:     (650) 461-5600
Facsimile:      (650) 461-5700

Attorneys for Defendants
*PAYLESS SHOESOURCE, INC, and
COLLECTIVE BRANDS, INC.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., <br><br> Plaintiff, <br><br> vs. <br><br> PAYLESS SHOESOURCE, INC. and COLLECTIVE BRANDS, INC., <br><br> Defendants. | Case No. CV 11-01892-EMC <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> Judge:  Honorable Edward M. Chen |

1  Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12 for the Northern District of
2  California, Defendants Payless ShoeSource, Inc. and Collective Brands, Inc. and Plaintiff National
3  Union Fire Insurance Company of Pittsburgh, PA (collectively with the Defendants, the "Parties"), by
4  and through their respective counsel, submit this Joint Stipulation and [Proposed] Order Continuing
5  Case Management Conference (the "Stipulation").
6  WHEREAS, on July 28, 2011, the Court entered an order scheduling a Case Management
7  Conference ("CMC") for October 7, 2011 and requiring the Parties to file a joint case management
8  statement by September 30, 2011 (Dkt. No. 20);
9  WHEREAS, on September 22, 2011, the Court entered an order referring this matter to
10 private Alternative Dispute Resolution ("ADR") (Dkt. No. 24);
11 WHEREAS, on October 3, 2011, the Court entered the Parties' Joint Stipulation and
12 [Proposed] Order Continuing Case Management Conference, which reset the CMC to February 2, 2012
13 to allow the Parties sufficient time to conduct private ADR (Dkt. No. 28);
14 WHEREAS, the Parties agreed to a private mediator and scheduled a mediation to take
15 place on March 6, 2012;
16 WHEREAS, on January 13, 2012, the Court entered the Parties' Joint Stipulation and
17 [Proposed] Order Continuing Case Management Conference, which reset the CMC to April 6, 2012 to
18 allow the parties to conduct the mediation;
19 WHEREAS, due to a conflict of interest of one of the attorneys for Defendant National
20 Union Fire Insurance Company of Pittsburgh, PA, and because a replacement attorney was not available
21 in time for the March 6 mediation, the mediation was postponed;
22 WHEREAS, the Parties have agreed to reschedule the mediation for May 23, 2012; and
23 WHEREAS, in order to avoid incurring unnecessary costs and expending the Court's
24 time unnecessarily, the Parties wish to continue the CMC and related deadline to file a joint case
25 management statement until after the conclusion of the scheduled mediation, in the event it does not
26 result in the resolution of this dispute.
27 NOW, THEREFORE, THE PARTIES JOINTLY STIPULATE TO, AND REQUEST
28 THE COURT TO ORDER, THE FOLLOWING:

SULLIVAN
&
CROMWELL LLP

2

JOINT STIPULATION & [PROPOSED] ORDER
CASE NO. CV 11-1892-EMC

1. The CMC shall be continued until 30 days after conclusion of the May 23, 2012 private mediation to which the Court has referred this matter;

2. The currently-scheduled deadline to file a joint case management statement by March 30, 2012 shall be vacated and rescheduled; and

3. By entering into this Stipulation, the Parties do not waive, and expressly preserve, any and all rights, claims and defenses, including all defenses relating to jurisdiction, venue and arbitrability.

Respectfully submitted,

| | |
|---|---|
| Dated: March 13, 2012 | Dated: March 13, 2012 |
| /s/ Bruce D. Celebrezze | /s/ Robert A. Sacks |
| Bruce D. Celebrezze (SBN 102181) <br> (bruce.celebrezze@sedgwicklaw.com) <br> SEDGWICK LLP <br> 333 Bush Street, 30th Floor <br> San Francisco, California  94104 <br> Telephone:     (415) 781-7900 <br> Facsimile:      (415) 781-2635 | Robert A. Sacks (SBN 150146) <br> (sacksr@sullcrom.com) <br> SULLIVAN & CROMWELL LLP <br> 1888 Century Park East <br> Los Angeles, California  90067 <br> Telephone:     (310) 712-6600 <br> Facsimile:      (310) 712-8800 |
| *Attorneys for Plaintiff,* <br> *National Union Fire Insurance* <br> *Company of Pittsburgh, PA.* | Sverker K. Högberg (SBN 244640) <br> (hogbergs@sullcrom.com) <br> SULLIVAN & CROMWELL LLP <br> 1870 Embarcadero Road <br> Palo Alto, California 94303 <br> Telephone:     (650) 461-5600 <br> Facsimile:      (650) 461-5700 |
| | *Attorneys for Defendants,* <br> *Payless ShoeSource, Inc. and* <br> *Collective Brands, Inc.* |

\* \* \*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The 4/6/12 CMC is reset to 6/29/12 at 9:00 a.m. A joint CMC Statement shall be filed by 6/22/12.

Dated: 3/14/12

_____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

SULLIVAN & CROMWELL LLP

4

JOINT STIPULATION & [PROPOSED] ORDER
CASE NO. CV 11-1892-EMC

1    I, Robert A. Sacks, am the ECF User whose ID and password are being used to file this
2 Joint Stipulation and [Proposed] Order Continuing Case Management Conference.  In compliance with
3 General Order 45, X.B., I hereby attest that Bruce D. Celebrezze has concurred in this filing.

4 Dated:  March 13, 2012                                            */s/ Robert A. Sacks*
                                                                                    Robert A. Sacks