EDWARDS WILDMAN PALMER LLP
Barry Leigh Weissman (CA Bar No. 058598)
Clinton J. McCord (CA Bar No. 204749)
9665 Wilshire Boulevard, Suite 200
Beverly Hills, CA 90212
Telephone: (310) 860-8704
Facsimile: (310) 860-3815
bweissman@edwardswildman.com
cmccord@edwardswildman.com

Attorneys for Plaintiff
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., <br><br> Plaintiff, <br><br> vs. <br><br> PAYLESS SHOE SOURCE, INC. et al. <br><br> Defendants. | Case No. CV-11-01892-EMC <br><br> **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL; [P~~ROPO~~SED ORDER]** |

  Plaintiff, National Union Fire Insurance Company of Pittsburgh, PA. ("National Union"), by and through undersigned counsel, hereby requests the Court approve the substitution of EDWARDS WILDMAN PALMER LLP as its attorney of record in place and stead of SEDGWICK LLP, in the above-captioned matter.

  Withdrawing counsel for Plaintiff are:

Bruce D. Celebrezze
SEDGWICK LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105

Nicholas J. Boos
SEDGWICK LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105

All pleadings, orders, and notices should henceforth be served upon the following substituted counsel for Plaintiff National Union:

Barry Leigh Weissman
Edwards Wildman Palmer LLP
9665 Wilshire Blvd., 2nd Floor
Beverly Hills, CA 90212;
Phone: (310) 860-8704
Facsimile: (885) 572-1959
e-mail: bweissman@edwardswildman.com

Clinton J. McCord
Edwards Wildman Palmer LLP
9665 Wilshire Blvd., 2nd Floor
Beverly Hills, CA 90212;
Phone: (310) 860-8715
Facsimile: (310) 860-3800
e-mail: cmccord@edwardswildman.com

The undersigned parties consent to the above withdrawal and substitution of counsel.

**DATED:** March 23, 2012     National Union Fire Insurance
                              Company of Pittsburgh, PA.,


                              By: _____/s/_____
                                   Michael Parker
                              Title: Assistant Vice President –

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF NATIONAL UNION
FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

| | |
|---|---|
| | Chartis Claims, Inc. |
| DATED: March 23, 2012 | SEDGWICK LLP. |
| | By: _____/s/_____ |
| DATED: March 26_, 2012 | EDWARDS WILDMAN PALMER LLP |
| | By: _____/s/_____ |
| | BARRY LEIGH WEISSMAN<br>New Attorney for Plaintiff<br>National Union Fire Insurance<br>Company of Pittsburgh, PA. |

The above withdrawal and substitution of counsel is approved and **so ORDERED.**

DATED:   3/28/12      _____

JUDGE OF THE UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge Edward M. Chen

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.