EDWARDS WILDMAN PALMER LLP
Clinton J. McCord (CA Bar No. 204749)
9665 Wilshire Boulevard, Suite 200
Beverly Hills, CA 90212
Telephone:  (310) 860-8704
Facsimile:   (310) 860-3815
cmccord@edwardswildman.com

Attorney for Plaintiff
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., <br><br> Plaintiff, <br><br> vs. <br><br> PAYLESS SHOE SOURCE, INC. et al. <br><br> Defendants. | Case No. CV-11-01892-EMC <br><br> **STIPULATION TO EXTEND TIME TO FILE REPLY BRIEF; PROPOSED ORDER** <br><br> Date:  July 19, 2012 <br> Time:  1:30 p.m. <br> Place:  San Francisco Courthouse <br>           Courtroom 5 <br>           450 Golden Gate Avenue <br>           San Francisco, CA 94102 |

**STIPULATION TO EXTEND TIME TO FILE REPLY BRIEF; PROPOSED ORDER**     1     **Case No. CV-11-01892-EMC**

## STIPULATION

Pursuant to L.R. 6-2, the parties hereby stipulate to extend the time for Plaintiff to file its reply brief in support of Motion to Enjoin Defendants from Prosecuting Similar Litigation in Kansas, filed on June 8, 2012 (ECF No. 40). The reply brief is currently due today, June 29, 2012. However, due to the unavailability of Plaintiff's principal to review the brief, Plaintiff requests that the Court allow Plaintiff to file its reply brief on Tuesday, July 3rd. (*See* concurrently-filed Declaration of Clinton J. McCord). Defendants have agreed to this relief. The hearing for the motion is currently set for July 19th at 1:30 p.m. The requested relief should not affect the hearing or otherwise affect the schedule for the case.

**WHEREFORE**, the parties, through their counsel, hereby stipulate to allow Plaintiff to file its reply brief in support of Motion to Enjoin Defendants from Prosecuting Similar Litigation in Kansas on July 3, 2012, and request an Order from the Court allowing same.

**Dated**: June 29, 2012

| **Defendant Payless Shoe Source, Inc.** <br> **Defendant Collective Brands, Inc.** | **Plaintiff National Union Fire Insurance** <br> **Company of Pittsburgh, PA** |
|---|---|
| By: /s/ _Sverker K. Hogberg<br>SULLIVAN & CROMWELL LLP<br>Robert Andrew Sacks<br>(sacksr@sullcrom.com)<br>1888 Century Park East<br>Los Angeles, CA 90067<br><br>Sverker K. Hogberg<br>(hogbergs@sullcrom.com)<br>1870 Embarcadero Road<br>Palo Alto, CA 94303<br>Telephone (650) 461-5600<br>Facsimile (650) 461-5700<br><br>*Attorneys for Defendants* | By: /s/ Clinton J. McCord<br>EDWARDS WILDMAN PALMER LLP<br>Clinton J. McCord<br>(cmccord@edwardswildman.com)<br>9665 Wilshire Boulevard, Suite 200<br>Los Angeles, CA 90212<br>Telephone (310) 860-8715<br>Facsimile (310) 860-3815<br><br>*Attorneys for Plaintiff* |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __7/2_____, 2012



_____
United States