1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., | Case No. CV-11-01892-EMC |
|---|---|
| Plaintiff, | **FURTHER STATUS REPORT AND JOINT REQUEST FOR CONTINUANCE OF FURTHER CASE MANAGEMENT CONFERENCE; PROPOSED ORDER** (as modified) |
| vs. | |
| PAYLESS SHOESOURCE, INC. and COLLECTIVE BRANDS, INC., | |
| Defendants. | |

Plaintiff National Union Fire Insurance Company of Pittsburgh, PA ("National Union") and Defendants Payless ShoeSource, Inc. ("Payless") and Collective Brands, Inc. ("Collective Brands") (collectively, "Defendants") jointly submit this Further Status Report and Stipulation for Continuance of Further Case Management Conference.  For the report and stipulation, the parties state as follows:

1. On August 31, 2012, the Court issued an Order (ECF No. 72) staying this case pending disposition of a motion filed by National Union in the District of Kansas to stay a related action between the parties, *Collective Brands, Inc. et al.* v. *National Union Fire Insurance Co. of Pittsburgh, PA et al.*, Case No. 11-CV-4097-JTM/KGG (D. Kan.) (the "Kansas Action"). The Court set a further case management conference for December 14, 2012.

2. The district court in the Kansas Action has not yet ruled on the motion to stay.

3. Accordingly, the parties hereby jointly request a continuance of the further case management conference of two months, until Friday, February 15, 2013.

Dated: December 10, 2012

/s/ Clinton J. McCord

Clinton J. McCord
EDWARDS WILDMAN PALMER LLP
9665 Wilshire Boulevard, Ste 200
Beverly Hills, CA 90212

Stephen M. Prignano
EDWARDS WILDMAN PALMER LLP
2800 Financial Plaza
Providence, RI 02903

Counsel for Plaintiff

Dated: December 10, 2012

/s/ Sverker K. Hogberg

Robert A. Sacks
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, CA 90067

Sverker K. Hogberg
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, CA 94303

Mark F. Rosenberg
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004

Counsel for Defendants

## ORDER

The above joint request for continuance of further case management conference is approved. The further CMC currently set for Friday, December 14, 2012, is hereby vacated, and reset to ___2/14_____, 2013, at 10:30 AM in Courtroom 5, 17th Floor.

IT IS SO ORDERED.

Dated:  12/11/12



_____
HONORABLE
UNITED STATES

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

---

Page 3
**FURTHER STATUS REPORT & STIPULATION FOR CONTINUANCE OF FURTHER CASE MANAGEMENT CONFERENCE**

AM 17844212.1