EDWARDS WILDMAN PALMER LLP
Stephen M. Prignano (admitted *pro hac vice*)
Clinton J. McCord (CA Bar No. 204749)
9665 Wilshire Boulevard, Suite 200
Beverly Hills, CA 90212
Telephone:    (310) 860-8700
Facsimile:    (310) 860-3815
sprignano@edwardswildman.com
cmccord@edwardswildman.com

Attorney for Plaintiff
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,<br><br>Plaintiff,<br><br>vs.<br><br>PAYLESS SHOE SOURCE, INC. and COLLECTIVE BRANDS, INC.,<br><br>Defendants. | Case No. CV-11-01892-EMC<br><br>**PLAINTIFF'S FURTHER CASE MANAGEMENT CONFERENCE STATEMENT AND REQUEST FOR CONTINUANCE OF FURTHER CASE MANAGEMENT CONFERENCE; PROPOSED ORDER**<br>ORDER RESETTING CMC |

  Plaintiff National Union Fire Insurance Company of Pittsburgh, PA ("National Union") submits this Further Case Management Conference Statement and Request for Continuance of Further Case Management Conference. National Union states as follows:

  1. On August 31, 2012, the Court issued an Order staying this case pending disposition of a motion by National Union to stay the related Kansas Action between the parties. The Court set a further case management conference for December 14, 2012.

2. On December 11, 2012, with the motion in the Kansas Action still undecided, the Court issued an Order continuing the case management conference in this action until February 14, 2013, to allow for disposition of the motion in the Kansas Action.

3. On January 4, 2013, the Court in the Kansas Action issued a Memorandum and Order granting summary judgment in favor of National Union.

4. Today, the clerk in the Kansas Action entered a "Judgment in a Civil Case" dismissing the Kansas Action in its entirety, which renders this action moot.

5. Upon the expiration of the applicable appeal period, National Union intends to dismiss this action with prejudice.

6. Accordingly, in the interests of judicial economy, National Union hereby requests that the Court continue the further case management conference, currently set for Thursday, February 14, 2013, forty-five (45) days, to allow for the anticipated dismissal of this action.

Respectfully submitted,

Dated: February 7, 2013

/s/ Clinton J. McCord

Clinton J. McCord
EDWARDS WILDMAN PALMER LLP
9665 Wilshire Boulevard, Ste 200
Beverly Hills, CA 90212

Stephen M. Prignano
EDWARDS WILDMAN PALMER LLP
2800 Financial Plaza
Providence, RI 02903

Counsel for Plaintiff

1
2                                    ORDER

3        The above request for continuance of further case management conference is
4    approved. The further CMC currently set for Thursday, February 14, 2013, is hereby
5    vacated, and reset to _____4/11_____, 2013, at 10:30 AM in Courtroom 5, 17th
6    Floor. If a stipulation of dismissal is filed prior to that date, the further CMC will be vacated
7    and no appearances will be necessary.

10   IT IS SO ORDERED.
11   Dated:   2/12/13
12                                              _____
                                                 HONORABLE EDWARD M. CHEN
13                                                                          JUDGE

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen