UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,

    Plaintiff,

v.

PAYLESS SHOESOURCE, INC., *et al.*,

    Defendants.

No. C-11-1892 EMC

**ORDER TO SHOW CAUSE**

On August 31, 2012, this Court stayed proceedings in this case pending the resolution of a similar suit in the U.S. District Court for the District of Kansas. *See* Docket No. 72. On February 7, 2013, the Kansas District Court entered final judgment in favor of the insurer and closed its case following the parties' stipulation of dismissal. *See Collective Brands, Inc. et. al. v. National Union Fire Insurance Company of Pittsburgh, PA. et. al.*, No. 5:11-cv-04097-JTM-KGG, Docket No. 82 (Judgment). This Court, therefore, orders Plaintiff to show cause as to why this case should not be dismissed and the file closed. A response to this order to show cause must be filed by February 22, 2013.

    IT IS SO ORDERED.

Dated: February 15, 2013

_____
EDWARD M. CHEN
United States District Judge