UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,<br><br>Plaintiff,<br><br>vs.<br><br>PAYLESS SHOE SOURCE, INC. and COLLECTIVE BRANDS, INC.,<br><br>Defendants. | Case No. CV-11-01892-EMC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff National Union Fire Insurance Company of Pittsburgh, Pa. and Defendants Collective Brands, Inc. and Payless Shoe Source, Inc. hereby stipulate and agree to the dismissal of the above-captioned matter with prejudice.  Each party will bear its own costs and expenses, including attorney's fees, in connection with this litigation.

| | |
|---|---|
| Dated: March 13, 2013 | /s/ Clinton J. McCord |
| | Barry Leigh Weissman |
| | Clinton J. McCord |
| | EDWARDS WILDMAN PALMER LLP |
| | 9665 Wilshire Boulevard, Ste 200 |
| | Beverly Hills, CA 90212 |
| | |
| | Stephen M. Prignano |
| | EDWARDS WILDMAN PALMER LLP |
| | 2800 Financial Plaza |
| | Providence, RI 02903 |
| | |
| | Counsel for plaintiff |
| | |
| Dated: March 13, 2013 | /s/ Mark Rosenberg |
| | Robert A. Sacks |
| | SULLIVAN & CROMWELL LLP |
| | 1888 Century Park East |
| | Los Angeles, CA 90067 |
| | |
| | Sverker K. Hogberg |
| | SULLIVAN & CROMWELL LLP |
| | 1870 Embarcadero Road |
| | Palo Alto, CA 94303 |
| | |
| | Mark F. Rosenberg |
| | SULLIVAN & CROMWELL LLP |
| | 125 Broad Street |
| | New York, NY 10004 |
| | |
| | Counsel for defendants |

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Court

*IT IS SO ORDERED*
*Judge Edward M. Chen*

Page 2
**STIPULATION OF DISMISSAL WITH PREJUDICE**

AM 18069007.1